BONNIE WEST v. STATE.

No. A-7788.   Opinion Filed Feb. 7, 1931.
(296 Pac. 506.)

Jas. A. Emb⸱ y, for plaintiff in error.

J. Berry ⸱.ing, Atty. Gen., for the State.

EDW ⸱.DS, J.  The plaintiff in error, hereinafter called ⸱ ⸱.endant, was convicted in the county court of Lincoln ⸱unty on a charge of having the unlawful possession of ⸱hisky, and was sentenced to pay a fine of $100 and to serve 60 days in the county jail.

The record discloses that at the time charged certain officers with a search warrant went to the residence of defendant and made a search, finding about a quart of whisky. There was considerable evidence that this place of residence was a place where persons both black and white resorted for the purpose of buying and drinking intoxicating liquor, and also that it bore a reputation as a place where liquors were sold.

The principal contention made is that the evidence is insufficient, and that the court erred in admitting evidence of the reputation of the place.  A predicate having been laid by showing the residence of defendant was a place of resort, the evidence of reputation was admissible.

The case is affirmed.

DAVENPORT, P. J., and CHAPPELL, J., concur.